UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

| | | |
|---|---|---|
| JANYA JACKSON ON BEHALF OF<br>A. J. J. | : | CA: _____ |
| VERSUS | : | JUDGE: _____ |
| MARK HERFORD, Sheriff,<br>CRAIG RICHARD, chief of Police<br>TIMOTHY HARDY, Deputy<br>CHRIS STRACENER, Corporal | : | MAG: _____ |

===========================================================================

## CIVIL RIGHTS COMPLAINT FOR DAMAGES
## UNDER 42 USC 1983

### 1.

### INTRODUCTION

This is a civil rights lawsuit brought by complainant, JANYA JACKSON ON BEHALF OF A. J. J., for violation of federally protected rights. Compensatory and punitive damages are sought against the Sheriff, and the deputy involved in the civil rights violation.

### 2.

### JURISDICTION

This action arises under the Fourth and Fourteenth Amendments to the United States Constitution, and under the Civil Rights Act of 1871, 42 U.S.C. sections 1983 and 1988. This Court has jurisdiction in the cause under 28 U.S.C. sections 1331 and 1343. Venue is proper under 28 U.S.C. section 1391 in defendant resides in Beauregard Parish but the cause of action arises in the Parish of Beauregard, State of Louisiana, Western District of Louisiana and that all alleged acts occurred within the jurisdiction of Beauregard Parish and the Western District of Louisiana.

**3.**

Complainant, JANYA JACKSON, is a resident of Beauregard Parish and the mother of the juvenile, A. J. J., who is also a resident of Beauregard Parish, Louisiana. Defendants, upon information and belief, MARK HERFORD, Sheriff of Beauregard Parish, TIMOTHY HARDY, Deputy Sheriff of Beauregard Parish, CRAIG RICHARD, Chief of DeRidder Police Department, and CHRIS STRACENER a Corporal with DeRidder Police Department, are adults and believed to be domiciled in Beauregard Parish, Louisiana and are employed by the Beauregard Parish Sheriff's Office and DeRidder Police Department and continue to be so employed. Made Defendants herein are:

MARK HERFORD, who is believed to be a citizen of Louisiana and resident of Beauregard Parish, Louisiana, who at all times relevant to this complaint, was the Sheriff of Beauregard Parish, employer of Defendant, TIMOTHY HARDY, and vicariously liable for state law delicts thereof through La. C.C. 2320.

TIMOTHY HARDY, who is believed to be a citizen of Louisiana and resident of Beauregard Parish, Louisiana, who at all times relevant to this complaint, was a Deputy Sheriff of the Beauregard Parish Sheriff's Office, acting in the course and scope of his employment and under color of state law.

CRAIG RICHARD, who is believed to be a citizen of Louisiana and resident of Beauregard Parish, Louisiana, who at all times relevant to this complaint, was the Chief of Police for DeRidder Police Department, and the employer of CHRIS STRACENER acting in the course and scope of his employment and under color of state law.

CHRIS STRACENER, who is believed to be a citizen of Louisiana and resident of

Beauregard Parish, Louisiana, who at all times relevant to this complaint, was a Police Officer employed by the DeRidder Police Department, acting in the course and scope of his employment and under color of state law.

All of the above-named Defendants either directly participated in the civil rights violations of complainant, JANYA JACKSON ON BEHALF OF A. J. J., and/or had supervisory capacity and failed to train their officers adequately and failed to protect the juvenile, A. J. J., from the officers.

## FACTUAL ALLEGATIONS

### 4.

On or about February 11, 2022, in Beauregard Parish, Louisiana, the Beauregard Parish Sheriff's Office, as well as the City of DeRidder Police Officers, were working a basketball game security detail at the high school in DeRidder, Louisiana, located at 723 O'Neal Street. At approximately 9:00 p.m., the game between DeRidder High School and Leesville High School ended and spectators were leaving the game. Deputy TIMOTHY HARDY, was standing outside the gymnasium area under the catwalk area located at the front of the gym. He was monitoring the traffic flow as spectators left the gymnasium. Deputy Hardy was approached by Lt. C. McKinney who asked him to use his patrol unit to escort Leesville's High School team away from the school. As Deputy Hardy was headed to his patrol unit, Lt. C. McKinney came over the radio and advised that a large fight was taking place underneath the catwalk.

When Officer Hardy arrived, there was a verbal argument taking place between A. J. J., the complainant's minor child, and an unidentified individual. During Officer Hardy and Corporal Stracener attempt to separate the two during the verbal argument, A. J. J. was slammed on to the ground on to his back where his arms and shoulders were

pinned down by Corporal Christopher Stracener and Officer Hardy straddled his hips. As A. J. J. was pinned to the ground by the officers, he was pummeled on his chest, abdomen, and sides by Deputy Hardy.

This attack on the complainant's minor child was captured on video. Following the brutal attack suffered by A. J. J., he was arrested, booked at the local station and released to his mother. Law enforcement never took him to receive medical treatment for his injuries that night nor was emergency services contacted. Ultimately, he was taken by his mother to receive medical treatment. There are no witness statements to indicate that a physical altercation was taking place between A. J. J. and the unidentified individual.

5.

After being totally subdued, Deputy Hardy began hitting Complainant, A. J. J., in the face, knowing Complainant could not protect himself.

## CIVIL RIGHTS VIOLATION

6.

Complainant, JANYA JACKSON ON BEHALF OF A. J. J., alleges that at all relevant times, that Deputy Timothy Hardy and Corporal Christopher Stracener were acting under the color of law and in the course and scope of their employment as a Sheriff's Deputy and DeRidder Police Officer respectively in the Parish of Beauregard, State of Louisiana.

7.

The physical beating, restraint, and the unnecessary use of excessive force was illegal. The failure of Deputy Hardy to refrain from physically attacking a restrained individual is a clear violation of A. J. J. federally protected rights under the Fourth and Fourteenth

Amendments to the U.S. Constitution. The actions of Corporal Stracener while A. J. J. was being physically attacked by Deputy Hardy and his failure to stop the attack is a clear violation of A. J. J. federally protected rights under the Fourth and Fourteenth Amendments to the U.S. Constitution. The Defendants caused physical and mental damage to the Complainant without due process of law and without due process of the Fourth and Fourteenth Amendments to the United States Constitution.

**8.**

Because of this incident, A. J. J. suffered special damages and general damages including but not limited to pain, fear, anxiety, mental distress, loss of enjoyment of life, physical pain and suffering as well as other damages to be proved at trial.

**9.**

The Defendants actions were malicious and recklessly indifferent to the Complainant's federally protected rights under the Fourth and Fourteenth Amendments. Punitive damages are demanded.

**STATE LAW DAMAGES UNDER CC ARTICLE 2315**

**10.**

Complainant incorporates all the foregoing allegations, herein. Additionally, under state law, Complainant is entitled to damages for the defendants' tortious acts upon him. MARK HERFORD, Sheriff of Beauregard Parish, and CRAIG RICHARD, Chief of Police, as the employer of the defendants, vicariously liable for the delicts of its employees under La. C.C. 2320.

**11.**

Complainant demands TRIAL BY JURY.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

| | | |
|---|---|---|
| JANYA JACKSON ON BEHALF OF A. J. J. | : | CA: _____ |
| VERSUS | : | JUDGE: _____ |
| MARK HERFORD, Sheriff, CRAIG RICHARD, chief of Police TIMOTHY HARDY, Deputy CHRIS STRACENER, Corporal | : | MAG: _____ |

==================================================================

## AFFIDAVIT OF VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF BEAUREGARD**

    **BEFORE ME**, the undersigned Notary Public, personally came and appeared:

**JANYA JACKSON**
**On Behalf of A. J. J.**

who, after being duly sworn stated under oath that she is the mother of the juvenile, A. J. J. in the foregoing *Civil Rights Complaint* and that all of the allegations contained therein are true and correct, to the best of her knowledge, information, and belief.

_____
JANYA JACKSON, On behalf of A. J. J.

    **SWORN TO AND SUBSCRIBED** before me, Notary Public, on this the 10 day of February, 2023.

_____
NOTARY PUBLIC

Page 5 of 7

**12.**

Complainant is entitled to reasonable attorney's fees in this action.

**PRAYER FOR RELIEF**

Complainant requests that this Court assume jurisdiction over this cause, grant him compensatory and punitive damages, costs and attorneys fees, judicial interest running from date of demand, and award all other proper relief.

RESPECTFULLY SUBMITTED:

_____
SHANTA TOMEKA GILBERT
ATTORNEY AT LAW
Bar Roll No. 31740
2352 Hwy 190 W
DeRidder, Louisiana 70634
Telephone: (337) 460-1886
Facsimile: (337) 463-0173
tomeka.gilbert.law@gmail.com

<u>Please Serve</u>

**CRAIG RICHARD**
**Chief of Police**
200 S Jefferson St, DeRidder, LA 70634

**CHRIS STRACENER**
200 S Jefferson St, DeRidder, LA 70634

**TIMOTHY HARDY**
120 South Stewart Street, DeRidder, LA  70634, DeRidder, LA 70634

**MARK HERFORD**
**Sheriff**
120 South Stewart Street, DeRidder, LA  70634, DeRidder, LA 70634